**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **PETER KELLY,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   06-168-P-S |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **Of Social Security** ) | |
| ) | |
| **Defendant** ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 31) filed November 28, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Application for Fees and Expenses (Docket No. 28) is **DENIED**.

 /s/ George Z. Singal
 Chief United States District Judge

Date:  January 3, 2008