UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PETER KELLY,            )<br>                         )<br>    Plaintiff     )<br>                         )<br>    v.                   )<br>                         )<br> MICHAEL J. ASTRUE,      )<br>                         )<br>    Defendant      )  | Civil No.   06-168-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 35) filed August 7, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Award of Fees (Docket No. 33) is **GRANTED**, resulting in an attorney fee award pursuant to 42 U.S.C. § 406(b) of $1,154.65**.**

　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal　　　
　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 26th day of August, 2008.